IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    v.                                                      21-CR-32

ROBERT MORGAN, et al.,

                Defendants.
_____

## NOTICE OF APPEARANCE

    TO:    Clerk of the United States District Court
              for the Western District of New York

You are hereby requested to enter my appearance as co-counsel for the United States on the above-entitled action.

DATED: Buffalo, New York, March 5, 2021.

                                            JAMES P. KENNEDY, JR.
                                            United States Attorney

                        BY:    s/ SETH T. MOLISANI
                                Assistant U.S. Attorney
                                United States Attorney's Office
                                Western District of New York
                                138 Delaware Avenue
                                Buffalo, New York 14202
                                (716) 843-5881
                                Seth.Molisani@usdoj.gov