IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                          21-CR-32-W

ROBERT C. MORGAN, et al,

                Defendants.

## NOTICE OF APPEARANCE

**TO:** Clerk of the United States District Court
for the Western District of New York

You are hereby requested to enter my appearance as Assistant United States Attorney for the Western District of New York for the United States on the above-entitled action.

DATED:   Buffalo, New York, March 5, 2021.

                                  JAMES P. KENNEDY, JR.
                                United States Attorney

            BY:     s/EVAN K. GLABERSON
                      Assistant United States Attorney
                      United States Attorney's Office
                      Western District of New York
                      138 Delaware Avenue
                      Buffalo, New York   14202
                      716-843-5871
                      Evan.Glaberson@usdoj.gov