IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                      21-CR-32-W

ROBERT C. MORGAN, et al,

           Defendants.

## NOTICE OF APPEARANCE

**TO:**   Clerk of the United States District Court
        for the Western District of New York

You are hereby requested to enter my appearance as Assistant United States Attorney for the Western District of New York for the United States on the above-entitled action.

DATED:   Buffalo, New York, March 5, 2021.

                          JAMES P. KENNEDY, JR.
                          United States Attorney

BY:    s/MICHAEL J. ADLER
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York   14202
        716-843-5857
        Michael.Adler@usdoj.gov